1
2
3
4

Daniel Lacy (CABN: 283392)
DLacy@24iplg.com
FERDINAND IP, LLP
2500 Broadway, Building F, Suite F-125
Santa Monica, CA 90404
Phone: (858) 412-4515
Fax: (203) 905-6747

5
6
7
8
9

Edmund J. Ferdinand, III (pro hac vice)
JFerdinand@24iplg.com
Alexander Malbin (*pro hac vice*)
AMalbin@24iplg.com
FERDINAND IP, LLC
125 Park Avenue, 25th Floor, Suite 2508
New York, NY 10017
Phone: (212) 220-0523
Fax: (203) 905-6747

10
11

*Counsel for Defendant/Counterclaimant,
Sanctuary Clothing LLC*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

12

13
14
15
16
17
18
19
20
21

| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually and doing business as "FIESTA FABRIC," <br><br> Plaintiff, <br><br> - against - <br><br> SANCTUARY CLOTHING, LLC, a California Limited Liability Company; AMAZON.COM, INC., a Washington Corporation; BLOOMINGDALE'S, INC., a New York Corporation; DILLARD'S, INC., an Arkansas Corporation; MACY'S, INC., an Ohio Corporation; NORDSTROM, INC., a Washington Corporation; ZAPPOS IP, INC., a Nevada Corporation; and DOES 1 through 10, <br><br> Defendants. | Case No. 2:16-cv-00339-JAK-FFM <br><br> COUNTERCLAIM FOR DECLARATION OF U.S. COPYRIGHT REGISTRATION INVALIDITY <br><br> Judge:  John A. Kronstadt <br> Complaint Filed: January 15, 2016 |
|---|---|

22
23

1

Counterclaim Plaintiff, SANCTUARY CLOTHING, LLC

("SANCTUARY"), by and through undersigned counsel, hereby brings a

counterclaim against Plaintiff and Counterclaim Defendant, GOLD VALUE

INTERNATIONAL TEXTILE INC., d/b/a FIESTA FABRIC ("GOLD VALUE")

with respect to invalidity of U.S. Copyright Registration No. VAu 1-151-509 (the

"'509 Registration").

## JURISDICTION AND VENUE

1.    This is a counterclaim for declaratory relief pursuant to 28 U.S.C. §§

2201, 2202.  This Court has jurisdiction over the counterclaim pursuant to 28

U.S.C. §§ 1331 and 1338(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

## PARTIES

3.    Counterclaimant SANCTUARY is a limited liability company

organized and existing under the laws of the State of California, having a principal

place of business located at 3611 North San Fernando Boulevard, Burbank,

California, 91505.

4.    Upon information and belief, Counterclaim Defendant GOLD

VALUE is a corporation organized and existing under the laws of the State of

California, having a principal place of business located at 1142 East 12th Street,

Los Angeles, California, 90021.

## COUNTERCLAIM FOR DECLARATION OF
## U.S. COPYRIGHT REGISTRATION INVALIDITY

5.     An actual case or controversy exists between the parties by virtue of the Complaint for copyright infringement filed by GOLD VALUE against SANCTUARY.

6.     The basis of this controversy stems from GOLD VALUE'S assertion that SANCTUARY has infringed a certain two-dimensional design (the "Subject Design").  Specifically, GOLD VALUE alleges that the Subject Design is an original creation of GOLD VALUE and its design team and is, and at all times relevant to the Complaint has been, owned exclusively by GOLD VALUE, and that they have created, sold, manufactured, caused to be manufactured, and distributed garments comprised of fabrics featuring designs which are identical or substantially similar to the Subject Design.

7.     GOLD VALUE's infringement allegations against SANCTUARY are premised upon the '509 Registration.

8.     Upon information and belief, the work registered under the '509 Registration is a collection of works of visual arts, including the Subject Design.

9.     The '509 Registration purports to register a work unpublished at the time of the filing of the underlying application.

10.     Upon information and belief, GOLD VALUE is not the original creator of one, some, or all of the works covered by the '509 Registration, including but not limited to the Subject Design.

11.    The '509 Registration is invalid because GOLD VALUE is not the original creator of one, some, or all of the works covered thereby, including, but not limited to, the Subject Design.

12.    Upon information and belief, GOLD VALUE is not the exclusive owner of the copyrights in one, some, or all of the works covered by the '509 Registration, including but not limited to the Subject Design.  Attached hereto at Tab A is a copy of a letter from a third-party, Design Collection, Inc., dated January 12, 2016, that claims ownership of the '509 Registration.

13.    The '509 Registration is invalid because GOLD VALUE is not the exclusive owner of the copyrights in one, some, or all of the works covered thereby, including, but not limited to, the Subject Design.

14.    Upon information and belief, one, some, or all of the works covered by the '509 Registration, including but not limited to the Subject Design, are composed of standard geometric figures and patterns, and thus are not subject to copyright protection.

15.    Upon information and belief, one, some, or all of the works covered by the '509 Registration, including but not limited to the Subject Design, are composed of symbols and/or designs used widely throughout the textile industry, and thus are not subject to copyright protection.

Counterclaim
2:16-cv-00339-JAK-FFM

16.     The '509 Registration is invalid because one, some, or all of the works covered thereby are not subject to copyright protection, including, but not limited to, the Subject Design.

17.     Upon information and belief, one, some, or all of the works covered by the '509 Registration, including but not limited to the Subject Design, were published at the time of the filing of the underlying application, and as a result, the '509 Registration is invalid for non-compliance with regulations prescribing conditions to register groups of works of visual arts, 37 C.F.R. § 202.3.

18.     Accordingly, SANCTUARY seeks a judgment declaring the '509 Registration to be invalid, and an order directing the Registrar of Copyrights to cancel the '509 Registration.

19.     SANCTUARY has no adequate remedy at law.

## PRAYER FOR RELIEF ON COUNTERCLAIM

WHEREFORE, SANCTUARY respectfully requests that the Court enter judgment:

A.     Declaring the '509 Registration to be invalid;

B.     Issuing an order directing the Register of Copyrights to cancel the '509 Registration;

C.     Awarding SANCTUARY its costs and reasonable attorney's fees pursuant to 17 U.S.C. § 505; and,

1

D.     Providing such other and further relief as the Court deems just and

2

proper.

3

## **JURY DEMAND**

4

SANCTUARY demands a trial by jury of all counts so triable.

5

Dated:      Santa Monica, CA
            March 14, 2016

6

7

Respectfully submitted,

8

__s/ Daniel Lacy _____
Daniel Lacy (CABN: 283392)
FERDINAND IP, LLP

9

2500 Broadway, Building F, Suite F-125
Santa Monica, CA 90404

10

Phone: (858) 412-4515
Fax: (203) 905-6747

11

DLacy@24iplg.com

12

Edmund J. Ferdinand, III (*pro hac vice*)
Alexander Malbin (*pro hac vice*)

13

FERDINAND IP, LLC
125 Park Avenue

14

25th Floor, Suite 2508
New York, NY 10017

15

Phone: (212) 220-0523
Fax: (203) 905-6747

16

JFerdinand@24iplg.com
AMalbin@24iplg.com

17

18

*Counsel for Defendant/Counterclaimant,
Sanctuary Clothing LLC*

19

20

21

22

6

23

1

**CERTIFICATE OF SERVICE**

2

   I hereby certify that on March 14, 2016, the foregoing COUNTERCLAIM

3

was filed electronically.  Notice of this filing will be sent to all parties by

4

operation of the Court's electronic filing system.  Parties may access this filing

5

through the Court's system.

6

7

                                    ___ s/ Alexander Malbin _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22                                    7                              Counterclaim
                                                                     2:16-cv-00339-JAK-FFM

23