# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VAu 1-151-509**

Effective date of registration:
October 24, 2013

posted 1/28/14

## Title

Title of Work: Grp.029-Spring/Summer 2014
Previous or Alternative Title: JX-2910-Knitted Embroidery

1461 - Crochet emb.
1766 - Crochet emb.
OK-1141-Poly Printed Mesh
OK-2575-Poly Printed Mesh
10893937-Poly Lace
1561-37-Poly HMC print
1726-37 - Poly Chiffon Print
1727-37 - Poly Chiffon Print
1728-37 - Poly chiffon Print
1746-37 - Poly Hi Multi Chiffon Print
1747-37 - Poly HMC Print
1754-37 - Poly HMC Print
1755-75 - Poly Wool Dobby Print
1756-75 - Poly Wool Dobby Print
1769 - Poly Cotton Crochet Lace with Print
5068-37 - Poly Chiffon Print
OS-23011 - Poly Rayon Jacquard
206-A100187 - Floral
206-A100188 - Tapestry
206-A100190 - Floral
206-A100191 - Plaid
206-A100192 - Geo
206-A100193 - Floral
206-A100194 - Medallion

      206-A100195 - Floral
      206-A100196 - Tribal
      206-A100197 - Paisley
      206-A100198 - Floral
      206-A100200 - Stripe Floral
      206-A100202 - Snake
      206-A100208 - Zig-zag
      206-A100206 - Floral Paisley
      206-A100204 - Floral

## Completion/Publication

Year of Completion: 2013

## Author

Author: Gold Value In'l.Textile Inc.
Author Created: 2-D artwork
Work made for hire: Yes
Citizen of: United States

## Copyright claimant

Copyright Claimant: Gold Value Int'l Textile, Inc.
1142 E. 12th St.,, Los Angeles, CA, 90021, United States

## Rights and Permissions

Organization Name: Gold Value Int'l Textile, Inc.
Telephone: 213-572-3333
Address: 1142 E. 12th St.,
Los Angeles, CA 90021 United States

## Certification

Name: Morris Ajnassian
Date: October 24, 2013

Correspondence: Yes