# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually and doing business as "FIESTA FABRIC,"<br><br>Plaintiff,<br><br>vs.<br><br>SANCTUARY CLOTHING, LLC, a California Limited Liability Company; AMAZON.COM, INC., a Washington Corporation, BLOOMINGDALE'S, INC., a New York Corporation; DILLARD'S, INC., an Arkansas Corporation; MACY'S, INC., an Ohio Corporation; NORDSTROM, INC., a Washington Corporation; ZAPPOS IP, INC., a Nevada Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:16-cv-00339-JAK-FFM<br><br>**JUDGMENT**<br><br>**JS-6** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Judgment is entered in favor of Defendants and against Plaintiff Gold Value International Textile, Inc. on all claims brought by Plaintiff in this action. Plaintiff's claims are hereby dismissed with prejudice. Plaintiff shall recover nothing against Defendants.

Judgment is entered in favor of Defendant Sanctuary and against Plaintiff on Defendant Sanctuary's counterclaim.

Judgment is entered declaring U.S. Copyright Registration No. VAu 1-151-509 invalid as to the two-dimensional artwork titled 1461-Crochet emb.

Defendants are the prevailing parties in this action and are entitled to an award of costs pursuant to Fed. R. Civ. P. 54(d)(1).

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: May 26, 2017

**JOHN A. KRONSTADT**
**UNITED STATES DISTRICT JUDGE**