# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., a California Corporation, individually and doing business as "FIESTA FABRIC,"<br><br>Plaintiff,<br><br>vs.<br><br>SANCTUARY CLOTHING, LLC, a California Limited Liability Company; AMAZON.COM, INC., a Washington Corporation, BLOOMINGDALE'S, INC., a New York Corporation; DILLARD'S, INC., an Arkansas Corporation; MACY'S, INC., an Ohio Corporation; NORDSTROM, INC., a Washington Corporation; ZAPPOS IP, INC., a Nevada Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:16-cv-00339-JAK-FFM<br><br>**AMENDED JUDGMENT** |

This Amended Judgment is entered in favor of Sanctuary Clothing, LLC, Amazon.Com, Inc., Bloomingdale's, Inc., Dillard's, Inc., Macy's, Inc., Nordstrom, Inc., and Zappos IP, Inc. (collectively "Defendants") and against Gold Value International Textile, Inc. ("Plaintiff") on all claims brought by Plaintiff in this action. Plaintiff's claims are hereby dismissed with prejudice. Plaintiff shall recover nothing against Defendants.

Judgment is entered in favor of Defendant Sanctuary Clothing, LLC and against Plaintiff on the counterclaims of Sanctuary Clothing, LLC.

Judgment is entered declaring U.S. Copyright Registration No. VAu 1-151-509 invalid as to the two-dimensional artwork titled 1461-Crochet emb.

Defendants are the prevailing parties in this action for purposes of 17 U.S.C. § 505 and are entitled to an award of costs pursuant to Fed. R. Civ. P. 54(d)(1).

Defendants shall recover from Plaintiff their full taxable costs of $3,472.31, an award of $111,230.80 in attorney's fees, and $6,719.90 in non-taxable costs. These three awards total $121,423.01.

Plaintiff shall make payment to Defendants of $121,423.01, pursuant to this Amended Judgment, within thirty (30) days of its entry; provided, however, that if Plaintiff timely files an appeal from this Amended Judgment, Plaintiff's obligation to remit such payment shall be stayed during the appellate process pursuant to Fed. R. Civ. P. 62(d) upon the timely posting of a compliant supersedeas bond.

Post-judgment interest is awarded against Plaintiff in favor of Defendants in an amount that is to be calculated from entry of this Amended Judgment at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week

///

///

preceding the date of the judgment, or, as prescribed by law, computed daily, and compounded annually.

**IT IS SO ORDERED, ADJUDGED AND DECREED**.

Dated: January 3, 2018

_____

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE